Lamarr Rowell
# 61987
L.C.C.
1200 prison RD.
Lovelock, NV. 89419

2013 JUN 13 P 2:56

BY

United States District court
District of Nevada

Lamarr Rowell,
  Plaintiff,
     vs.
Det. Giannone, et.al.,
  Defendants.

Case no. 2:07-cv-01169-RCJ-RJJ

Motion for a pretrial conference
Pursuant to Local Rule 16-2:

   U.S. District court Local Rule 16-2 provides in part "... A party may at anytime make written request for a pretrial conference to expedite disposition of any case ... particularly one ... in which there has been a delay...."

The court closed this case on May 24, 2010. An appeal was taken and the mandate issued August 21, 2012. See Document no. 117.

This case has been delayed for more than 3 years due to court error causing the appeal, and nearly a year after the court's error was vacated on appeal and remanded, the court's docket still shows this case is closed and the court has yet to comply with the instructions given by the appeals court.

Accordingly, a pretrial conference is requested.

Respectfully submitted.

*Lyman Rowell*

L. Rowell