# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAMAR ROWELL,<br><br>            Plaintiff,<br><br>v.<br><br>DET. GIANNOUE, *et al.*,<br><br>            Defendants. | Case No.:   2:07-CV-01169-RCJ<br><br>**ORDER SETTING HEARING** |

**ORDER IN CHAMBERS**

     Presently before the Court, is Plaintiff's Brief (ECF #126); LVMPD Defendants' Supplemental Brief Regarding Issues on Remand (ECF #127); Plaintiff's Motion for Sanctions on Defense Counsel for Knowingly Lying to the Court (ECF #129); and Motion for an Answer (ECF #130).  Accordingly,

     IT IS HEREBY ORDERED that ORAL ARGUMENT  is set for 10:00 A.M. Friday, April 15, 2016, in LAS VEGAS COURTROOM TBD, before Judge Robert C. Jones.

     IT IS SO ORDERED this 29th day of March, 2016.

_____
ROBERT C. JONES
Senior District Judge