Marquis Aurbach Coffing
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
*Attorneys for Det. Giannone,
Officer M. Seed and Officer
J. Hiddema*



# UNITED STATES DISTRICTCOURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LAMARR ROWELL,<br><br>Plaintiff,<br><br>vs.<br><br>DET. GIANNONE (P#6225); OFFICER M. SEED (P#6724); OFFICER J. HIDDEMA ([#8608); OFFICER W. YOUNG ([#9636); AND EWING BROS. TOWING CO.,<br><br>Defendants. | Case No.: 2:07-CV-01169-RCJ-RJJ |

## PROPOSED STIPULATION AND ORDER FOR DISMISSAL

Plaintiff Lamarr Rowell and Defendants, Det. Giannone, Officer M. Seed and Officer J. Hiddema (collectively "Defendants"), by and through their counsel of record, Nick D. Crosby, Esq., of the law firm of Marquis Aurbach Coffing, hereby stipulate as follows:

IT IS HEREBY STIPULATED that Plaintiff dismisses all claims against Defendants with prejudice in the above entitled action; and

/ / /

/ / /

/ / /

/ / /

IT IS FURTHER STIPULATED that each party shall bear their own attorneys fees and costs in this action.

Dated this 25th day of May, 2018.                    Dated this 31st day of May, 2018.

**MARQUIS AURBACH COFFING**

By: _____                       By: _____
Nick D. Crosby, Esq.                                 Plaintiff Lamarr Rowell, *pro se*
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorney for Defendants*Error! Reference source not found.*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: June 15, 2018